ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 22 2019

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

SARA D. AYABE #9546
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808)541-2958
Email: Sara.Ayabe@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR19-00113 JAO |
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C. §§ 7(8) and 113(a)(6)] |
| JOHN MCAVAY, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

Assault Resulting in Serious Bodily Injury
(18 U.S.C. §§ 7(8) and 113(a)(6))

On or about October 23, 2018, in the special maritime and territorial jurisdiction of the United States as set forth in 18 U.S.C. § 7(8) in that the crime occurred on a foreign vessel having a scheduled departure from and arrival in the United States and pursuant to 18 U.S.C. § 3238, within the venue of the United States District Court for the District of Hawaii, JOHN MCAVAY, the defendant,

//

//

//

//

//

//

//

//

//

//

//

assaulted M.O. by intentionally striking him and as a result, M.O. suffered serious bodily injury.

All in violation of 18 U.S.C. §§ 7(8) and 113(a)(6).

DATED: August 22, 2019, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

_____
KENJI M. PRICE
United States Attorney
District of Hawaii

_____
SARA D. AYABE
Assistant U.S. Attorney

United States v. John McAvay
Indictment
Cr. No. CR19-00113 JAO

3